1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7  SERENA NEIGHBORS,
8
          Plaintiff(s),                        No. C 08-5530 PJH
9
     v.                                        **JUDGMENT**
10
   MORTGAGE ELECTRONIC
11 REGISTRATION SYSTEMS, INC., et al.,
12        Defendant(s).
   _____/
13
          This action came on for hearing before the court and the issues having been duly heard
14
   and the court having granted defendants' motions to dismiss
15
          it is Ordered and Adjudged
16
          that the complaint is dismissed.
17
          IT IS SO ORDERED.
18
   Dated: January 27, 2009
19
                                               _____
20                                             PHYLLIS J. HAMILTON
21                                             United States District Judge